# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| ERIN LINTZENICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-00036 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| PFTN COLUMBIA, LLC d/b/a ) | MAGISTRATE JUDGE HOLMES |
| PLANET FITNESS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the Stipulation of Dismissal filed by the parties (Doc. No. 35), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE